**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**THEODOR PERRONE,**                                                                     **PLAINTIFF**

**V.**                                                                  **NO. 4:08CV058-A-D**

**EMMIT SPARKMAN, et al.,**                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

THIS the   24th   day of June, 2008.


                                                                           **/s/ Sharion Aycock**
                                                                     **UNITED STATES DISTRICT JUDGE**